# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| DEBORAH A. POAGE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 04-0979-CV-W-DW |
| | ) |
| SCHNEIDER NATIONAL CARRIERS, INC., et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Before the Court is Plaintiff's Motion to Dismiss with Prejudice (Doc. 78). Defendant Schneider National Carriers joins in the motion. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the Court dismisses the above-captioned action *with prejudice*. The costs and expenses associated with this action shall be borne by the parties individually. This case is closed.

IT IS SO ORDERED.


Date: August 29, 2006 /s/ DEAN WHIPPLE
Dean Whipple
United States District Court